UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NORTH TEXAS PATENT GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:10-CV-1312-G |
| MANHATTAN GROUP LLC d/b/a MANHATTAN TOY, ET AL., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This judgment is entered pursuant to F.R. CIV. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion and order, it is **ORDERED** that the plaintiff take nothing from the defendants on its claims in this case and that the defendants recover their costs of court.

April 15, 2011.

_____
A. JOE FISH
**Senior United States District Judge**